IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KACY FONTEZE WILLIAMS**                                                  **PETITIONER**

V.                                                          **NO. 4:19-CV-95-DMB-DAS**

**STATE OF MISSISSIPPI, et al.**                                              **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the order entered this day, Kacy Fonteze Williams' petition for a writ of habeas corpus is **DENIED**. A certificate of appealability is **DENIED**. This case is **DISMISSED with prejudice**.

**SO ORDERED**, this 23rd day of March, 2021.

                                                            /s/Debra M Brown
                                                            **UNITED STATES DISTRICT JUDGE**